# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TODD W. FANGUY AND CHRISTY
A. FANGUY

NO.   2021 CW 0002

VERSUS

UV INSURANCE RISK RETENTION
GROUP, INC. AND DOUGLAS R.
FORTUNE

**MARCH 2, 2021**

---

In Re:   UV Logistics, LLC, applying for supervisory writs,
32nd Judicial District Court, Parish of Terrebonne,
No. 187229.

---

**BEFORE:   GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT DENIED.**

JMG
PMc
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT